Hazel Peters, appellee, v. Harold Reuter, appellant. Gen. No. 9,009.

Opinion
filed January 17, 1936.

Henry Kneller and George W. Hunt, for appellant. Cassidy & Knoblock, for appellee.

Mr. Presiding Justice Huffman delivered the opinion of the court.